FILED
2022 Mar-15 PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
1/20/2022 2:40 PM
39-CV-2022-900014.00
CIRCUIT COURT OF
JACKSON COUNTY, ALABAMA
BART BUCHANAN, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number: 39-<br>Date of Filing: 01/20/2022   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF JACKSON COUNTY, ALABAMA**
**POLYMER INDUSTRIES, LLC v. COVENANT TRANSPORT SOLUTIONS, LLC**

**First Plaintiff:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** POR006   1/20/2022 2:40:37 PM   /s/ JOHN FINLEY PORTER III
Date   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

ELECTRONICALLY FILED
1/20/2022 2:40 PM
39-CV-2022-900014.00
CIRCUIT COURT OF
JACKSON COUNTY, ALABAMA
BART BUCHANAN, CLERK

| | | |
|---|---|---|
| POLYMER INDUSTRIES, LLC | ) | IN THE |
| | ) | |
| | ) | CIRCUIT COURT OF |
| PLAINTIFF, | ) | |
| | ) | JACKSON COUNTY, |
| | ) | |
| v. | ) | ALABAMA |
| | ) | |
| COVENANT TRANSPORT | ) | |
| SOLUTIONS. LLC | ) | CIVIL ACTION NO.: CV-2022-_____ |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

# **COMPLAINT**

NOW comes the Plaintiff in this cause and brings this complaint against the Defendant and in support thereof says as follows:

1. On or before December 16, 2020, the Plaintiff contracted with the Defendant to provide transportation services for the delivery of certain product manufactured by the Plaintiff to its ultimate customer. On January 18, 2021, the Defendant provided the Plaintiff with an invoice for the transportation services, which was paid in full by the Plaintiff to the Defendant.

2. On or about December 16, 2020, the Defendant, through its agents, subcontractors or employees failed to exercise reasonable care in the operation of its motor vehicle while on the premises of the Plaintiff, causing it to it to collide with the utility pole and structures of the Plaintiff at its manufacturing location in Henagar, Jackson County, Alabama. As a direct result of the actions of the Defendant, its agents or employees, the utility pole was damaged and the electrical service to the Plaintiff's manufacturing

facility and its communication lines were disrupted for substantial periods of time.

3. As a direct and proximate result of the Defendants' actions, through its agents and employees while acting within the line and scope of the duties for the Defendant, the Plaintiff has suffered damages for destruction of its property, loss of income and profit, additional employee expense and additional related damages and expense.

WHEREFORE, Plaintiff demands judgment against the Defendant for compensatory damages in an amount to be determined by the trier of fact to include, but not necessarily being limited to, damages for injury to personal property, loss of income, increased expense in manufacturing, attorney's fees and court costs and other related damages.

/s/ John F. Porter, III
JOHN F. PORTER, III
ASB No. POR006
Attorney for Plaintiff

**OF COUNSEL:**
The Porter Law Group, P.C.
John F. Porter, III
C. Claire Porter
123 East Laurel Street
Scottsboro, Alabama 35768
Telephone:  (256) 574-5156
Facsimile:  (256) 574-6552



AlaFile E-Notice

39-CV-2022-900014.00

To: JOHN FINLEY PORTER III
johnf@johnporterlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JACKSON COUNTY, ALABAMA

POLYMER INDUSTRIES, LLC V. COVENANT TRANSPORT SOLUTIONS, LLC
39-CV-2022-900014.00

The following complaint was FILED on 1/20/2022 2:40:39 PM

Notice Date:    1/20/2022 2:40:39 PM

BART BUCHANAN
CIRCUIT COURT CLERK
JACKSON COUNTY, ALABAMA
JACKSON CO COURTHOUSE, SUITE 307
102 EAST LAUREL STREET
SCOTTSBORO, AL, 35768

256-574-9320
bart.buchanan@alacourt.gov



AlaFile E-Notice

39-CV-2022-900014.00

To: COVENANT TRANSPORT SOLUTIONS, LLC
C/O CORP. SERVICE CO. INC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JACKSON COUNTY, ALABAMA

POLYMER INDUSTRIES, LLC V. COVENANT TRANSPORT SOLUTIONS, LLC
39-CV-2022-900014.00

The following complaint was FILED on 1/20/2022 2:40:39 PM

Notice Date:    1/20/2022 2:40:39 PM

BART BUCHANAN
CIRCUIT COURT CLERK
JACKSON COUNTY, ALABAMA
JACKSON CO COURTHOUSE, SUITE 307
102 EAST LAUREL STREET
SCOTTSBORO, AL, 35768

256-574-9320
bart.buchanan@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>- CIVIL - | **Court Case Number**<br>39-CV-2022-900014.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JACKSON COUNTY, ALABAMA**
**POLYMER INDUSTRIES, LLC V. COVENANT TRANSPORT SOLUTIONS, LLC**

**NOTICE TO:** COVENANT TRANSPORT SOLUTIONS, LLC, C/O CORP. SERVICE CO. INC 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JOHN FINLEY PORTER III,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 123 EAST LAUREL STREET, SCOTTSBORO, AL 35768.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of POLYMER INDUSTRIES, LLC pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

01/20/2022         /s/ BART BUCHANAN         By: _____
*(Date)*         *(Signature of Clerk)*         *(Name)*

☑ Certified Mail is hereby requested.         /s/ JOHN FINLEY PORTER III
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____.
*(Name of Person Served)*   *(Name of County)*   *(Date)*

_____         _____         *(Address of Server)*
*(Type of Process Server)*   *(Server's Signature)*

         *(Server's Printed Name)*         *(Phone Number of Server)*